

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

FILED
JUN - 6 2003
U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | | |
|---|---|---|
| JANET ROLWES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:03-CV-151 CAS |
| | ) | |
| CENTOCOR, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    **IT IS HEREBY ORDERED** that the Case Management Order previously issued in this case is amended as follows:

**I. SCHEDULING PLAN**

    6.    The motion package rule, E.D. Mo. L.R. 4.05, shall be suspended in this case.  Any motion to dismiss, motion for summary judgment or motion for judgment on the pleadings shall be filed by **January 31, 2004.**  The response in opposition to such a motion shall be filed thirty days later, by **March 1, 2004**; the reply in support of the motion shall be due ten days after the response, by **March 11,  2004.**

    . . . . .

    **Motions for extensions of time to file the opposition memorandum will not be granted absent a showing of good cause, because the thirty-day period for filing the same is longer than the period allowed by Local Rule 4.01.**

    . . . . .

All other provisions of the Case Management Order remain in full force and effect.

 

*Charles A. Shaw*
_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this _____ day of June, 2003.

UNITED STATES DISTRICT COURT
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 06/09/03 by jjones
                4:03cv151    Rolwes vs Centocor, Inc.

28:1332 Diversity-Product Liability

| | |
|---|---|
| Richard Bender - 2614 | Fax: 314-726-6786 |
| Erik Haas - | Fax: 212-336-2222 |
| Christopher Hohn - 62067 | Fax: 314-552-7159 |
| J. Newbold - 3938 | Fax: 314-552-7597 |
| John Winter - | Fax: 212-336-2222 |

SCANNED & FAXED BY

JUN - 9 2003