UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANET ROLWES, | ) |
| | ) |
| Plaintiff, | ) Cause No.: 4:03CV00151CAS |
| | ) |
| vs. | ) |
| | ) |
| CENTOCOR, INC., and JOHNSON & JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Centocor, Inc. and Johnson & Johnson ("Defendants") and hereby move for summary judgment pursuant to Rule 56, FED. R. CIV. P., and Local Rule 7-4.01. Defendants incorporate by reference herein their Memorandum of Law and Statement of Uncontroverted Material Facts, filed herewith.  For the reasons set forth therein, Defendants respectfully request that the Court enter summary judgment in their favor and dismiss the claims in Plaintiff's Complaint with prejudice.

Respectfully submitted,

THOMPSON COBURN LLP


By /s/ Christopher M. Hohn
 J. William Newbold, #3938
 Christopher M. Hohn, #62067
 One US Bank Plaza, Suite 2600
 St. Louis, Missouri  63101
 314-552-6000
 FAX 314-552-7000

2268412

-2-

        John D. Winter
        Patterson, Belknap, Webb & Tyler, LLP
        1133 Avenue of the Americas
        New York, NY  10036-6710
        212-336-2000
        FAX 212-336-2222

        Attorneys for Defendants Centocor, Inc. and
        Johnson & Johnson

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was filed with the Court's electronic filing system and served on the following counsel of record by means of the Court's Notice of Electronic Filing, on this 17th day of February, 2004.

Richard S. Bender, Esq.
ROSENBLUM, GOLDENHERSH,
SILVERTEIN & ZAFFT, P.C.
7733 Forsyth Blvd., 4th Floor
St. Louis, Missouri 63105

John G. Simon, Esq.
Jamie L. Boock, Esq.
SIMON, LOWE & PASSANTE, P.C.
701 Market Street, Suite 1150
St. Louis, MO 63101

        /s/ Christopher M. Hohn

2268412